RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture
 Sales
EE ID: 36    DD

*Payrolls by Paychex, Inc*

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH 44253

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| JAMES ROSE | | | | | Regular | | | 1923.08 | | 19230.80 |
| 10166 GARVER RD | | | | | Total Hours | | | | | |
| LITCHFIELD, OH 44253 | | | | | Total Hrs Worked | | | | | |
| Employee ID: 36 | | | | | Gross Earnings | | | 1923.08 | | 19230.80 |
| Home Department: 6432 Admixture Sales | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Pay Period: 04/27/24 to 05/10/24 | | | | | Social Security | | | 112.13 | | 1130.58 |
| Check Date: 05/10/24   Check #: 76187 | | | | | Medicare | | | 26.22 | | 264.41 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | J +$70 | | 138.55 | | 1400.47 |
| | | | | | OH Income Tax | 0 | | 42.64 | | 430.83 |
| | | | | | OH CVRSD Inc | | | 18.09 | | 182.38 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | TOTAL | | | 337.63 | | 3408.67 |
| Chkg 646 | 1170.92 | 11826.53 | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Savg 800 | 300.00 | 3000.00 | | | | | | | | |
| NET PAY | 1470.92 | 14826.53 | | | Dental Pretax | | | 21.41 | | 192.69 |
| | | | | | Health Ins Pre- | | | 85.86 | | 737.57 |
| | | | | | Vision Pretax | | | 7.26 | | 65.34 |
| | | | | | TOTAL | | | 114.53 | | 995.60 |

| NET PAY | | | | | | | | THIS PERIOD ($) 1470.92 | | YTD ($) 14826.53 |

*Payrolls by Paychex, Inc*
0048 1302-2343  RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY  40299 • (502) 267-7700

RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture Sales
EE ID: 36     DD

*Payrolls by Paychex Inc*
*Payrolls by Paychex Inc*

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH 44253

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| JAMES ROSE | | |
| 10166 GARVER RD | | |
| LITCHFIELD, OH 44253 | | |
| Employee ID: 36 | | |

Home Department: 6432 Admixture Sales

Pay Period: 04/13/24 to 04/26/24
Check Date: 04/26/24    Check #: 76161

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 646 | 1170.91 | 10655.61 |
| Savg 800 | 300.00 | 2700.00 |
| **NET PAY** | **1470.91** | **13355.61** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 1923.08 | | 17307.72 |
| | | Total Hours | | | | | |
| | | Total Hrs Worked | | | | | |
| | | Gross Earnings | | | 1923.08 | | 17307.72 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 112.13 | 1018.45 |
| | Medicare | | 26.23 | 238.19 |
| | Fed Income Tax | J +$70 | 138.55 | 1261.92 |
| | OH Income Tax | 0 | 42.64 | 388.19 |
| | OH CVRSD Inc | | 18.09 | 164.29 |
| | **TOTAL** | | **337.64** | **3071.04** |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Pretax | 21.41 | 171.28 |
| | Health Ins Pre- | 85.86 | 651.71 |
| | Vision Pretax | 7.26 | 58.08 |
| | **TOTAL** | **114.53** | **881.07** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1470.91 | 13355.61 |

Payrolls by Paychex, Inc
0048 1302-2343 RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY 40299 • (502) 267-7700

RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture
Sales
EE ID: 36     DD

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH 44253

### PERSONAL AND CHECK INFORMATION
JAMES ROSE
10166 GARVER RD
LITCHFIELD, OH 44253
Employee ID: 36

Home Department: 6432 Admixture Sales

Pay Period: 03/30/24 to 04/12/24
Check Date: 04/12/24   Check #: 76133

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 646 | 1170.92 | 9484.70 |
| Savg 800 | 300.00 | 2400.00 |
| NET PAY | 1470.92 | 11884.70 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1923.08 | | 15384.64 |
| | Total Hours | | | | | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 1923.08 | | 15384.64 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 112.13 | 906.32 |
| Medicare | | 26.22 | 211.96 |
| Fed Income Tax | J +$70 | 138.55 | 1123.37 |
| OH Income Tax | 0 | 42.64 | 345.55 |
| OH CVRSD Inc | | 18.09 | 146.20 |
| TOTAL | | 337.63 | 2733.40 |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Pretax | 21.41 | 149.87 |
| Health Ins Pre- | 85.86 | 565.85 |
| Vision Pretax | 7.26 | 50.82 |
| TOTAL | 114.53 | 766.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1470.92 | 11884.70 |

Payrolls by Paychex, Inc
0048 1302-2343 RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY 40299 • (502) 267-7700

RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture Sales
EE ID: 36     DD

*Payrolls by Paychex, Inc*
*Payrolls by Paychex, Inc*

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH 44253

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| JAMES ROSE | | |
| 10166 GARVER RD | | |
| LITCHFIELD, OH 44253 | | |
| Employee ID: 36 | | |
| Home Department: 6432 Admixture Sales | | |
| Pay Period: 03/16/24 to 03/29/24 | | |
| Check Date: 03/29/24   Check #: 76106 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 646 | 1206.94 | 8313.78 |
| Savg 800 | 300.00 | 2100.00 |
| **NET PAY** | **1506.94** | **10413.78** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1923.08 | | 13461.56 |
| | Total Hours | | | | | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 1923.08 | | 13461.56 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 114.96 | 794.19 |
| Medicare | | 26.89 | 185.74 |
| Fed Income Tax | J +$70 | 143.14 | 984.82 |
| OH Income Tax | 0 | 44.01 | 302.91 |
| OH CVRSD Inc | | 18.55 | 128.11 |
| **TOTAL** | | **347.57** | **2395.77** |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Pretax | | 128.46 |
| Health Ins Pre- | 68.57 | 479.99 |
| Vision Pretax | | 43.56 |
| **TOTAL** | **68.57** | **652.01** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1506.94 | 10413.78 |

Payrolls by Paychex, Inc
0048 1302-2343  RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY 40299 • (502) 267-7700

RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture Sales
EE ID: 36    DD

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH 44253

---

**PERSONAL AND CHECK INFORMATION**
JAMES ROSE
10166 GARVER RD
LITCHFIELD, OH 44253
Employee ID: 36

Home Department: 6432 Admixture Sales

Pay Period: 03/02/24 to 03/15/24
Check Date: 03/15/24    Check #: 76078

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 646 | 1184.47 | 7106.84 |
| Savg 800 | 300.00 | 1800.00 |
| **NET PAY** | **1484.47** | **8906.84** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1923.08 | | 11538.48 |
| | Total Hours | | | | | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 1923.08 | | 11538.48 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 113.20 | 679.21 |
| Medicare | | 26.48 | 158.85 |
| Fed Income Tax | J +$70 | 140.28 | 841.68 |
| OH Income Tax | 0 | 43.15 | 258.90 |
| OH CVRSD Inc | | 18.26 | 109.56 |
| **TOTAL** | | 341.37 | 2048.20 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Pretax | 21.41 | 128.46 |
| Health Ins Pre- | 68.57 | 411.42 |
| Vision Pretax | 7.26 | 43.56 |
| **TOTAL** | 97.24 | 583.44 |

**NET PAY**    THIS PERIOD ($) 1484.47    YTD ($) 8906.84

Payrolls by Paychex, Inc
0048 1302-2343  RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY 40299 • (502) 267-7700

RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture
Sales
EE ID: 36        DD

Payrolls by Paychex, Inc

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH 44253

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| JAMES ROSE | | | | | Regular | | | 1923.08 | | 9615.40 |
| 10166 GARVER RD | | | | | Total Hours | | | | | |
| LITCHFIELD, OH 44253 | | | | | Total Hrs Worked | | | | | |
| Employee ID: 36 | | | | | Gross Earnings | | | 1923.08 | | 9615.40 |
| Home Department: 6432 Admixture Sales | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Pay Period: 02/17/24 to 03/01/24 | | | | | Social Security | | | 113.20 | | 566.01 |
| Check Date: 03/01/24   Check #: 76051 | | | | | Medicare | | | 26.47 | | 132.37 |
| | | | | | Fed Income Tax | J +$70 | | 140.28 | | 701.40 |
| NET PAY ALLOCATIONS | | | | | OH Income Tax | 0 | | 43.15 | | 215.75 |
| | | | | | OH CVRSD Inc | | | 18.26 | | 91.30 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | TOTAL | | | 341.36 | | 1706.83 |
| Chkg 646 | 1184.48 | 5922.37 | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Savg 800 | 300.00 | 1500.00 | | | | | | | | |
| NET PAY | 1484.48 | 7422.37 | | | Dental Pretax | | | 21.41 | | 107.05 |
| | | | | | Health Ins Pre- | | | 68.57 | | 342.85 |
| | | | | | Vision Pretax | | | 7.26 | | 36.30 |
| | | | | | TOTAL | | | 97.24 | | 486.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1484.48 | 7422.37 |

Payrolls by Paychex, Inc
0048 1302-2343 RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY 40299 • (502) 267-7700

RUSSTECH ADMIXTURES INC
11208 Decimal Drive
Louisville KY 40299

1302-2343
ORG1:6432 Admixture
 Sales
EE ID: 36    DD

*Payrolls by Paychex, Inc*

JAMES ROSE
10166 GARVER RD
LITCHFIELD OH  44253

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| JAMES ROSE | | | | | Regular | | | 1923.08 | | 7692.32 |
| 10166 GARVER RD | | | | | Total Hours | | | | | |
| LITCHFIELD, OH  44253 | | | | | Total Hrs Worked | | | | | |
| Employee ID: 36 | | | | | Gross Earnings | | | 1923.08 | | 7692.32 |
| Home Department: 6432 Admixture Sales | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Pay Period: 02/03/24 to 02/16/24 | | | | | Social Security | | | 113.20 | | 452.81 |
| Check Date: 02/16/24   Check #: 76021 | | | | | Medicare | | | 26.48 | | 105.90 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | J +$70 | | 140.28 | | 561.12 |
| | | | | | OH Income Tax | 0 | | 43.15 | | 172.60 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | OH CVRSD Inc | | | 18.26 | | 73.04 |
| Check Amount | 0.00 | 0.00 | | | TOTAL | | | 341.37 | | 1365.47 |
| Chkg 646 | 1184.47 | 4737.89 | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Savg 800 | 300.00 | 1200.00 | | | Dental Pretax | | | 21.41 | | 85.64 |
| NET PAY | 1484.47 | 5937.89 | | | Health Ins Pre- | | | 68.57 | | 274.28 |
| | | | | | Vision Pretax | | | 7.26 | | 29.04 |
| | | | | | TOTAL | | | 97.24 | | 388.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1484.47 | 5937.89 |

*Payrolls by Paychex, Inc.*
0048 1302-2343  RussTech Admixtures Inc • 11208 Decimal Drive • Louisville KY  40299 • (502) 267-7700

## ** NOTIFICATION OF DIRECT DEPOSIT **

**WELLINGTON SCHOOLS**
305 UNION STREET
WELLINGTON, OH   44090

DATE
04/19/2024

PAYROLL ACCOUNT

PAY TO
THE ORDER OF

NET PAY
$0.08

BARBARA LYNN ROSE
10166 GARVER ROAD
LITCHFIELD, OH   44253

THE FOLLOWING AMOUNTS HAVE BEEN DEPOSITED TO YOUR ACCOUNTS:

| TYPE | INSTITUTION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Checking | | DIRDEP (703) | 0.08 |

| ID | JBN | EMPLOYEE NAME | DISTR | END DATE | DEP # |
|---|---|---|---|---|---|
| ROSE00400 | 1 | BARBARA LYNN ROSE | | 04/14/2024 | 1012220 |

| NAME | PAY UNITS | AMOUNT |
|---|---|---|
| Regular Wages - FY24-BUS DRIVER | 24.000 | 888.85 |
| DOCK | 24.000 | -499.68 |

### CURRENT DEDUCTIONS

| NAME | AMOUNT | YTD AMT | NAME | AMOUNT | YTD AMT |
|---|---|---|---|---|---|
| HOSP | 67.74 | 541.88 | HOSP-ADJ | 67.73 | 67.73 |
| DENTAL | 5.84 | 46.72 | DENTAL-ADJ | 5.84 | 5.84 |
| OPTICAL | 1.22 | 9.76 | OPTICAL-ADJ | 1.22 | 1.22 |
| FSA | 100.00 | 800.00 | FSA-ADJ | 100.00 | 200.00 |
| SERS-AN | 38.92 | 544.15 | MEDICARE | 0.57 | 58.61 |
| CLV-LSD | 0.01 | 43.72 | | | |

GROSS                389.17
ADJUSTED GROSS         0.66
GROSS Y-T-D        5,441.20

USE-SICK BAL        USE-VAC BAL
0.000/0.000         0.000/0.000

USE-PER BAL         SERVICE DAYS
0.000/0.000         4/149    /

CK. #   1012220    TOTAL DED.  389.09
                   NET PAY       0.08

EX FED              EX ST

## ** NOTIFICATION OF DIRECT DEPOSIT **

**WELLINGTON SCHOOLS**
305 UNION STREET
WELLINGTON, OH  44090

DATE  05/03/2024

PAYROLL ACCOUNT

PAY TO THE ORDER OF

NET PAY  $1.77

BARBARA LYNN ROSE
10166 GARVER ROAD
LITCHFIELD, OH  44253

THE FOLLOWING AMOUNTS HAVE BEEN DEPOSITED TO YOUR ACCOUNTS:

| TYPE | INSTITUTION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Checking | | DIRDEP (703) | 1.77 |

| ID | JBN | EMPLOYEE NAME | DISTR | END DATE | DEP # |
|---|---|---|---|---|---|
| ROSE00400 | 1 | BARBARA LYNN ROSE | | 04/28/2024 | 1012357 |

| NAME | PAY UNITS | AMOUNT |
|---|---|---|
| Regular Wages - FY24-BUS DRIVER | 60.000 | 888.85 |
| DOCK | 31.500 | -655.83 |

### CURRENT DEDUCTIONS

| NAME | AMOUNT | YTD AMT | NAME | AMOUNT | YTD AMT |
|---|---|---|---|---|---|
| FIT-TAX-ADD | 10.00 | 70.00 | FIT-TAX-ADJ | 10.00 | 19.82 |
| OH SIT | 0.17 | 42.64 | OH SIT-ADD | 10.00 | 70.00 |
| WELLGTN | 1.02 | 71.79 | WELLGTN-ADJ | 0.69 | 0.69 |
| HOSP | 67.73 | 609.61 | DENTAL | 5.84 | 52.56 |
| OPTICAL | 1.22 | 10.98 | FSA | 100.00 | 900.00 |
| SERS-AN | 23.30 | 567.45 | MEDICARE | 0.84 | 59.45 |
| CLV-LSD | 0.44 | 44.16 | | | |

GROSS             233.02
ADJUSTED GROSS     34.93
GROSS Y-T-D     5,674.22

USE-SICK BAL      USE-VAC BAL
1.250/0.000       0.000/0.000

USE-PER BAL       SERVICE DAYS
0.000/0.000       5/154    /

EX FED M  0       EX ST 0

CK. #   1012357
TOTAL DED.   231.25
NET PAY        1.77

## ** NOTIFICATION OF DIRECT DEPOSIT **

**WELLINGTON SCHOOLS**
305 UNION STREET
WELLINGTON, OH   44090

DATE            PAYROLL ACCOUNT
05/17/2024

PAY TO
THE ORDER OF                    NET PAY
                                $3,143.51

BARBARA LYNN ROSE
10166 GARVER ROAD
LITCHFIELD, OH   44253

THE FOLLOWING AMOUNTS HAVE BEEN DEPOSITED TO YOUR ACCOUNTS:

| TYPE | INSTITUTION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Checking | | DIRDEP (703) | 3,143.51 |

| ID | JBN | EMPLOYEE NAME | DISTR | END DATE | DEP # |
|---|---|---|---|---|---|
| ROSE00400 | 1 | BARBARA LYNN ROSE | | 05/12/2024 | 1012540 |

| NAME | PAY UNITS | AMOUNT | CURRENT DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | NAME | AMOUNT | YTD AMT | NAME | AMOUNT | YTD AMT |
| FINAL PAY | 1.000 | 3,987.90 | FIT-TAX | 366.03 | 385.85 | FIT-TAX-ADD | 10.00 | 80.00 |
| Regular Wages - FY24-BUS DRIVER | 6.000 | 124.92 | OH SIT | 102.97 | 155.61 | OH SIT-ADD | 10.00 | 80.00 |
| | | | OH SIT-ADJ | 10.00 | 10.00 | WELLGTN | 74.15 | 145.94 |
| | | | HOSP-ADJ | -203.20 | 406.41 | DENTAL-ADJ | -17.52 | 35.04 |
| | | | OPTICAL-ADJ | -3.66 | 7.32 | FSA | 100.00 | 1,000.00 |
| | | | SERS-AN | 411.28 | 978.73 | MEDICARE | 61.44 | 120.89 |
| | | | CLV-LSD | 47.82 | 91.98 | | | |

GROSS               4,112.82
ADJUSTED GROSS      3,825.92
GROSS Y-T-D         9,787.04

USE-SICK BAL        USE-VAC BAL
0.000/0.000         0.000/0.000

USE-PER BAL         SERVICE DAYS
0.000/0.000         0/154   /                                 TOTAL DED.   969.31
                                          CK. #    1012540    NET PAY      3,143.51

EX FED M  0         EX ST 0